COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| Christine Flores Desio d/b/a Professional Center of Grand Prairie and Francis Anthony Desio, Jr. a/k/a Frank Desio, Individually, | § | No. 08-20-00212-CV |
| | § | Appeal from the |
| | § | 14th District Court |
| Appellants, | | |
| | § | of Dallas County, Texas |
| v. | § | (TC# DC-17-04408) |
| Mike Del Bosque d/b/a Injury and Rehab Center in Grand Prairie, | § | |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's motion to transfer the above numbered cause to the Fifth Court of Appeals.

IT IS SO ORDERED this 8th day of January, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.